IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RICHARD LEE KNIGHT | Case No. 3:22-cr-04<br><br>*In violation of:*<br>18 U.S.C. §§ 111(a) and 111(b) |

**INDICTMENT**

The Grand Jury charges that:

**COUNT ONE**
*18 U.S.C. § 111*
*Assault on a Federal Officer*

1. On or about November 29, 2021, within the Western District of Virginia, RICHARD LEE KNIGHT, the defendant, using a deadly or dangerous weapon, that is, an automobile, did forcibly and intentionally assault, resist, oppose, impede, intimidate and interfere with N.R., a federal task force officer with the U.S. Marshals' Capital Area Regional Fugitive Task Force, while N.R. was engaged in the performance of his official duties, and did thereby inflict bodily injury upon N.R. by hitting him with the automobile KNIGHT was driving.

2. All in violation of Title 18, United States Code, Sections 111(a)(1) and 111(b).

A TRUE BILL this 13th day of April, 2022.

/s/ FOREPERSON
FOREPERSON

CHRISTOPHER R. KAVANAUGH
UNITED STATES ATTORNEY

USAO 2021R00641